HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SURJIT SINGH RAJASAI,<br><br>          Defendant. | Case No. 1:06-cr-00116-AWI-1<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br>Judge:  Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's February 12, 2015 order be extended to **May 14, 2015**. The undersigned is investigating Mr. Rajasasi's case further to determine his eligibility. Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated:  April 16, 2014

                                                    Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ *David M. Porter*
                                                  DAVID M. PORTER
                                                  Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of February 12, 2015, may be filed on or before May 14, 2015.

IT IS SO ORDERED.

Dated:   April 17, 2015

SENIOR DISTRICT JUDGE