UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SURJIT SINGH RAJASAI,<br><br>Defendant. | No. 1:06-cr-00116-DAD<br><br>ORDER REFERRING MOTION UNDER 28 U.S.C. § 2255 TO FEDERAL DEFENDER'S OFFICE |

Defendant filed a *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 on June 20, 2016. (Doc. No. 83.) Pursuant to General Order No. 563, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with this motion. The FDO shall have 90 days from the date of this order to file a supplement to defendant's *pro se* motion under 28 U.S.C. § 2255 or to notify the court and the government it does not intend to file a supplement. Thereafter, the government shall have 30 days from the date of the FDO's filing to file a response to defendant's § 2255 motion.

IT IS SO ORDERED.

Dated: **June 24, 2016**

_____
UNITED STATES DISTRICT JUDGE

1