AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:06-cr-00116-DAD   Document 89   Filed 08/25/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>SURJIT SINGH RAJASAI, | Case No: 1:06CR00116-001<br>USM No: 62872-097 |
| Date of Original Judgment: 08/20/2007<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Hannah Rose Labaree, FD<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/27/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/25/2016

/s/ DALE A. DROZD
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge Dale A. Drozd
*Printed name and title*