UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-00116-DAD |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK'S OFFICE TO REFILE DOCUMENTS |
| SURJIT SINGH RAJASAI, | |
| Defendant. | |

Defendant filed a *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 on June 20, 2016. (Doc. No. 83.) A separate civil case was opened in relation to this motion, Case No. 1:16-cv-00882, and the two matters are listed as related cases on their respective dockets. All relevant documents should be filed under Case No. 1:06-cr-00116-DAD. The court now directs the Clerk's Office to refile each of the documents filed on the docket in Case No. 1:16-cv-00882-DAD, Doc. Nos. 1, 2, 3, on the docket in Case No. 1:06-cr-00116-DAD. All future filings and orders should be docketed in Case No. 1:06-cr-00116-DAD.

IT IS SO ORDERED.

Dated: __November 16, 2016__          _____
                                      UNITED STATES DISTRICT JUDGE

1