IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff*,<br><br>   vs.<br><br>SURJIT SINGH RAJASAI,<br><br>           *Defendant.* | Case No.  1:16-cv-00882-DAD<br><br>**SEALING ORDER** |

Good cause having been shown in movant's declaration and motion to file under seal (Doc. 1-2), Exhibit B of the movant's supplement to his Section 2255 motion, the presentence report and recommendations, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **October 4, 2016**

                                                UNITED STATES DISTRICT JUDGE