UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURJIT SINGH RAJASAI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. 1:06-cr-00116-DAD<br><br>ORDER FOR OPPOSITION |

Petitioner Surjit Singh Rajasai is a federal prisoner represented by the Federal Defender's Office proceeding pursuant to 28 U.S.C. § 2255 with a motion to vacate, set aside, or correct a 150-month prison sentence imposed against him in this case. (*See* Doc. Nos. 83 and 91.) Having reviewed the motion on file, the court finds resolution of this matter will be aided by the filing of a response by the government. Accordingly, within 45 days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion.

IT IS SO ORDERED.

Dated: **March 6, 2017**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1