UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SURJIT SINGH RAJASASI,<br><br>Defendant. | Case No. 1:06-cr-00116-DAD<br><br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on November 19, 2018 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow. Defendant is ORDERED to report to the Stockton Salvation Army Program no later than November 21, 2018, by noon.

IT IS SO ORDERED.

Dated: **November 19, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1