| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

FILED

DEC 04 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ W
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No(s). 1:06-cr-00116-1 DAD |
|---|---|---|
| Plaintiff, | ) ) | **APPLICATION AND [PROPOSED] ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| SURJIT SINGH RAJASASI, | ) ) | Hearing: 12/09/19 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Ctrm: 10 |
| | ) | Judge: Hon. Erica P. Grosjean |

Defendant, Surjit Singh Rajasasi, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Attached is Mr. Rajasasi's Financial Affidavit as evidence of his inability to retain counsel. On October 29, 2018, defendant admitted to Charge One in the previous petition. On November 19, 2018, defendant was sentenced to TIME SERVED and placed on Supervised Release for a term of 46 months and ordered to complete 365 days at the Stockton Salvation Army Program.

On November 26, 2019, a Petition for Violation of Supervised Release was filed, and Mr. Rajasasi is ordered to appear in court on December 9, 2019 at 2:00 p.m. in Courtroom No. 10 before the Erica P. Grosjean (Doc. 126). It is therefore, respectfully recommended that CJA Panel Counsel be promptly appointed.

Dated: December ____, 2019

_____
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

Dated: December 4, 2019

/s/ *signature*
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge