1   DOUGLAS C. FOSTER (SBN 205674)
    Law Offices of Douglas C. Foster
2   139 W. El Portal Drive; Suite D
    Merced, California 95348
3   Telephone: (209) 691-7280
    Facsimile: (209) 691-7290
4

5

6   Attorney for Defendant SURJIT RAJASASI

7              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,              Case No.  1:06-CR-00116-DAD

10                 *Plaintiff*,

11  v.                                     **STIPULATION CONTINUING STATUS
                                           CONFERENCE; ORDER**
12  SURJIT RAJASASI

13                 Defendant.

14

15

16        **IT IS HEREBY STIPULATED** by and through the parties through their respective

17  counsel, Assistant United States Attorney Jeffrey Spivak, Counsel for Plaintiff and Douglas

18  Foster, Counsel for Defendant Surjit Rajasasi, that the status conference currently scheduled for

19  January 21, 2020 at 2:00 p.m. be continued to Monday, January 27, 2020 at 2:00 p.m.

20

21                                         Respectfully Submitted,
                                           McGREGOR SCOTT
22                                         United States Attorney

23

24  DATED: 1/16/20           By:  _____/S/_____
                                  JEFFREY SPIVAK
25                                Assistant United States Attorney
                                  Attorney for Plaintiff
26

27  DATED: 1/16/20           By:  _____/S/_____
                                  DOUGLAS C. FOSTER
28                                Attorney for Defendant

LAW OFFICES OF DOUGLAS C. FOSTER
139 W. El Portal Dr.; Building 11; Suite D
MERCED, CALIFORNIA 95348
Telephone: (209) 691-7280
Facsimile: (209) 691-7290

**<u>ORDER</u>**

IT IS SO ORDERED that the Status Conference is continued from January 21, 2020 to January 27, 2020 at 2:00 PM before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **January 17, 2020**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF DOUGLAS C. FOSTER
139 W. El Portal Dr.; Building 11; Suite D
MERCED, CALIFORNIA 95348
Telephone: (209) 691-7280
Facsimile: (209) 691-7290