1 McGREGOR W. SCOTT
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00116-DAD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | DATE: February 24, 2020 |
| SURJIT RAJASASI, | TIME: 2:00 p.m. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference (on Defendant's supervised release petition) on February 24, 2020.

2. By this stipulation, the parties now move to continue the February 24, 2020 status conference to March 2, 2020 to accommodate the schedule of the U.S. Probation Officer handling this case.

///
///
///
///

1

3. Defendant is not in custody. The parties are discussing a potential resolution in this matter.

IT IS SO STIPULATED.

Dated: January 31, 2020  McGREGOR W. SCOTT
 United States Attorney

 /s/ JEFFREY A. SPIVAK
 JEFFREY A. SPIVAK
 Assistant United States Attorney

Dated: January 31, 2020  /s/ Douglas Foster
 Douglas Foster
 Counsel for Defendant
 Surjit Rajasasi
 (as approved by email 1/31/2020)

**ORDER**

IT IS SO ORDERED. The Status Conference currently set for February 24, 2020 at 2:00 pm is continued to March 2, 2020 at 2:00 pm before the duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **January 31, 2020**  /s/ *Barbara A. McAuliffe*
 UNITED STATES MAGISTRATE JUDGE