McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00116-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: March 30, 2020 |
| SURJIT RAJASASI, | TIME: 2:00 p.m. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference (on Defendant's supervised release petition) on March 30, 2020. The court indicated it was the "last" continuance.

2. By this stipulation, the parties now move to continue the March 30, 2020 status conference to Wednesday June 24, 2020 given the ongoing COVID-19 public health emergency, as well as to accommodate the schedule of the U.S. Probation Officer who is dealing with a family emergency.

///
///
///
///

3. Defendant is not in custody. The parties are continuing to discuss a potential resolution in this matter.

IT IS SO STIPULATED.

Dated: March 24, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: March 24, 2020

/s/ Douglas Foster
Douglas Foster
Counsel for Defendant
Surjit Rajasasi
(as approved by email 3/24/2020)

## ORDER

IT IS SO ORDERED. The Status Conference currently set for March 30, 2020 at 2:00 pm is continued to Wednesday, June 24, 2020 at 2:00 pm before Magistrate Judge Stanley A. Boone.

DATED: 3/24/2020

HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE