UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:** **Surjit Rajasasi**<br>**Docket Number:  0972/1:06CR00116-01**<br>**<u>DISMISSAL OF VIOLATION</u>**<br>**<u>PETITION</u>** |

Your Honor:

Surjit Rajasasi is currently in compliance with his terms and conditions of supervision.  During the time since the petition was filed, Mr. Rajasasi has had no known issues of non-compliance, he has maintained regular contact with the Probation Officer, and has maintained full-time employment.  Most importantly, he has been attending substance abuse counseling as directed and, according to his counselor, is doing extremely well.  Therefore, the Probation Office respectfully recommends the violation petition, which was filed on November 26, 2019, be dismissed at this time.

I have conferred with both the AUSA and defense counsel and all parties are in agreement.  It is also recommended the status hearing set for June 24, 2020, be vacated.

Respectfully submitted,

/s/ Whitney Mize

**Whitney Mize**
**United States Probation Officer**

Dated:   June 18, 2020
            Modesto, California
            WM/lr

**REVIEWED BY:**   /s/ Laura Weigel

**Laura Weigel**
**Supervising United States Probation Officer**

1

REV.  06/2020
CAE___MEMO___COURT (W ORDER)

RE: **Surjit Rajasasi**
   **Docket Number:   0972/1:06CR00116-01**
   **DISMISSAL OF VIOLATION PETITION**

---

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approved – Violation Petition filed on 11/26/2019 is dismissed and status hearing set for 6/24/2020 is vacated.

☐ Disapproved

IT IS SO ORDERED.

Dated:  **June 18, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

cc:   Jeffrey A. Spivak
   Assistant United States Attorney

   Douglas C. Foster
   Defense Counsel